IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

RICHARD LYNN DOPP,                )
                                  )
                    Plaintiff,    )
                                  )
v.                                )        Case No. CIV-11-1495-D
                                  )
JUSTIN JONES, *et al.*,           )
                                  )
                    Defendants.   )

# O R D E R

This matter is before the Court for review of the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell, recommending that Plaintiff's motion to proceed *in forma pauperis* be denied as moot. Plaintiff has not made a timely objection to the Report and, therefore, has waived further review of the issues addressed therein.

IT IS THEREFORE ORDERED that the Report and Recommendation [Doc. No. 7] is adopted in its entirety. Plaintiff's Motion to Proceed In Forma Pauperis [Doc. No. 2] is DENIED.

IT IS SO ORDERED this 31st day of January, 2012.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE